UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**22-CR-20051-MORENO(S)**
CASE NO.
18 U.S.C. § 2119(1)
18 U.S.C. § 982(a)(5)



**UNITED STATES OF AMERICA**

vs.

**DWAYNE COLEY and
ANTMAURI SMITH,**

     **Defendants.**
_____/

## SUPERSEDING INDICTMENT

The Grand Jury charges that:

### COUNT 1
### Carjacking
### (18 U.S.C. § 2119)

On or about September 28, 2020, in Miami-Dade County, in the Southern District of Florida, the defendant,

**DWAYNE COLEY,**

with the intent to cause death and serious bodily harm, did take a motor vehicle that had been transported, shipped, and received in interstate and foreign commerce, that is, a 2013 Honda Accord, from the person and presence of another, that is "R.B." by force and violence, and by intimidation, in violation of Title 18, United States Code, Sections 2119(1).

### COUNT 2
### Carjacking
### (18 U.S.C. § 2119)

On or about October 22, 2020, in Miami-Dade County, in the Southern District of Florida, the defendants,

**DWAYNE COLEY and**
**ANTMAURI SMITH,**

with the intent to cause death and serious bodily harm, did take a motor vehicle that had been transported, shipped, and received in interstate and foreign commerce, that is, a 2015 Honda Accord, from the person and presence of another, that is "A.L." by force and violence, and by intimidation, in violation of Title 18, United States Code, Sections 2119(1) and 2.

## FORFEITURE ALLEGATIONS

1.  The allegations of this Superseding Indictment are hereby re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendant, **DWAYNE COLEY and ANTMAURI SMITH** has an interest.

2.  Upon conviction of a of violation of Title 18, United States Code, Section 2119, as alleged in this Superseding Indictment, the defendant shall forfeit to the United States any property, real or personal, which represents or is traceable to the gross proceeds obtained, directly or indirectly, as a result of such offense, pursuant to Title 18, United States Code, Section 982(a)(5).

All pursuant to Title 18, United States Code, Sections 982(a)(5), and the procedures set forth in Title 21, United States Code, Section 853, as incorporated by Title 18, United States Code, Section 982(b)(1).

A TRUE BILL

_____
FOREPERSON

_____
JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

_____
STEPHEN J. DEMANOVICH
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

DWAYNE COLEY and
ANTMAURI SMITH,

_____/
Defendants.

CASE NO.: 22-CR-20051-Moreno(s)

### CERTIFICATE OF TRIAL ATTORNEY*

**Superseding Case Information:**

New Defendant(s) (Yes or No) Yes
Number of New Defendants 1
Total number of New Counts 1

**Court Division** (select one)
- [x] Miami
- [ ] Key West
- [ ] FTP
- [ ] FTL
- [ ] WPB

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. §3161.

3. Interpreter: (Yes or No) No
   List language and/or dialect:

4. This case will take 5 days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)
   I    [x] 0 to 5 days
   II   [ ] 6 to 10 days
   III  [ ] 11 to 20 days
   IV   [ ] 21 to 60 days
   V    [ ] 61 days and over

   (Check only one)
   [ ] Petty
   [ ] Minor
   [ ] Misdemeanor
   [x] Felony

6. Has this case been previously filed in this District Court? (Yes or No) No
   If yes, Judge                    Case No.
7. Has a complaint been filed in this matter? (Yes or No)
   If yes, Magistrate Case No.
8. Does this case relate to a previously filed matter in this District Court? (Yes or No) Yes
   If yes, Judge Moreno            Case No. 22-cr-20051-FAM
9. Defendant(s) in federal custody as of March 1, 2022
10. Defendant(s) in state custody as of
11. Rule 20 from the             District of
12. Is this a potential death penalty case? (Yes or No) No
13. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard? (Yes or No) No
14. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss? (Yes or No) No

By: _____
Stephen J. Demanovich
Assistant United States Attorney
FLA Bar No.    61120

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: 22-CR-20051-Moreno(s)

### BOND RECOMMENDATION

DEFENDANT: Dwayne Coley

Pre-Trial Detention
(Personal Surety) (Corporate Surety) (Cash) (Pre-Trial Detention)

By: _____
AUSA: Stephen J. Demanovich

Last Known Address: TGK

Jail No 200151457

What Facility:

Agent(s): Crystal Eschelman
(FBI)  (SECRET SERVICE)  (DEA)  (IRS)  (ICE)  (**OTHER**)
ATF

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: 22-CR-20051-Moreno(s)

### BOND RECOMMENDATION

DEFENDANT: Antmauri Smith

Pre-Trial Detention
(Personal Surety) (Corporate Surety) (Cash) (Pre-Trial Detention)

By: _____
AUSA: Stephen J. Demanovich

Last Known Address: Miami PTDC

Jail No 200148428

What Facility: _____

Agent(s): Crystal Eschelman
(FBI)  (SECRET SERVICE)  (DEA)  (IRS)  (ICE)  (**OTHER**)
ATF

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

Defendant's Name:  DWAYNE COLEY

Case No: 22-CR-20051-Moreno(s)

Counts #: 1 and 2

Carjacking

Title 18, United States Code, Section 2119(1)

* Max. Term of Imprisonment: 15 years
* Mandatory Min. Term of Imprisonment (if applicable): none
* Max. Supervised Release: 3 years
* Max. Fine: $250,000

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.